UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH WHALEN,

    Plaintiff,

v.

                                                                         Case No.

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

    Defendant.

                                                        /

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Commonwealth Financial Systems, Inc. (CFSI), through counsel, hereby removes the above-captioned civil action from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

1.     CFSI is a defendant in this civil action filed by plaintiff, Elizabeth Whalen (plaintiff), in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *Elizabeth Whalen v. Commonwealth Financial Systems, Inc.,* Case No. 18-CC-066644 (hereinafter the "State Court Action").

2.     Defendant removes this case on the basis of the Fair Debt Collection Practices Act (FDCPA), as plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Defendant has filed this Notice of Removal. Defendant was served with plaintiff's Complaint on January 11, 2019. This Notice of Removal is filed within 30 days of receipt of the Complaint by Defendant.

4. Attached hereto as **Exhibit 1** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, Defendant, Commonwealth Financial Systems, Inc. (CFSI), hereby removes to this Court the State Court Action.

Dated: January 24, 2019                    Respectfully Submitted,

*/s/ Jocelyn C. Smith*
Jocelyn C. Smith, Esq.
Florida Bar No. 0036554
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5328
Facsimile: (866) 466-3140
jsmith@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Commonwealth Financial Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of January 2019, a copy of the foregoing was sent via email to:

Thomas M. Bonan, Esq.
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
tbonan@seraphlegal.com


*/s/ Jocelyn C. Smith*
Attorney